UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, AND TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>STEVE MANNING CONSTRUCTION, INC., a Nevada corporation,<br><br>Defendant. | CASE NO. CV 14-3060 MRW<br><br>ASSIGNED TO THE HONORABLE MICHAEL R. WILNER<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

TO ALL PARTIES, AND THEIR LEGAL COUNSEL OF RECORD:

**IT IS HEREBY ORDERED**, pursuant to the "Stipulation to Dismiss Action with Prejudice" executed on by half of all parties to this action, that this case is dismissed with prejudice, with each party to bear its own fees and costs.

Dated: November 7, 2014

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE